FILED

2019 May-28  PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MARLA HOLCOMB-JONES,** ] | |
| **REBA LACKEY, STEVEN JOEL** ] | |
| **PARTAIN, SHARON ANN RAWLS,** ] | |
| **and PAMELA ROBERTS, on behalf** ] | |
| **of themselves and all others similarly** ] | **Case No.:  4:17-cv-01555-ACA** |
| **situated,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| **v.** ] | |
| ] | |
| **STONEMOR PARTNERS, L.P.,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

This matter is before the court on the parties' Joint Motion for Approval of Settlement, Stipulation of Facts, and Supporting Memorandum of Law. The court, having reviewed the Joint Motion as well as the Joint Stipulation of Settlement and Release of Claims (the "Agreement") attached thereto, grants the Joint Motion, approves the Agreement as a fair and reasonable resolution to bona fide and litigated disputes arising under the Fair Labor Standards Act, and finds that the Agreement resolves all disputed facts and law between the parties as set forth in the Agreement. The court, therefore, dismisses this matter with prejudice. The court shall retain jurisdiction to enforce the terms of the Agreement and to award attorneys' fees and costs in connection with such enforcement.

**DONE** and **ORDERED** this May 28, 2019.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE