FILED
2019 Sep-20 PM 12:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 20, 2019

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 18-14702-EE
Case Style: Marla Holcomb-Jones, et al v. Stonemor Partners, L.P., et al
District Court Docket No: 4:17-cv-01555-ACA

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE/lt
Phone #: (404) 335-6173

Enclosure(s)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 18-14702-EE

MARLA HOLCOMB-JONES,
REBA LACKEY,
SHARON ANN RAWLS,
PAMELA ROBERTS,

Plaintiffs - Appellants,

versus

STONEMOR PARTNERS, L.P.,
STONEMOR OPERATING, LLC,
STONEMOR GP LLC,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Alabama

ENTRY OF DISMISSAL: Pursuant to Appellants Marla Holcomb-Jones, Reba Lackey, Sharon Ann Rawls, Pamela Roberts and Appellee Stonemor GP LLC's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective September 20, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Elora Jackson, EE, Deputy Clerk

FOR THE COURT - BY DIRECTION